1  Lawrence J. Gornick, Bar No: 136230    (415) 646-7160
2  LEVIN SIMES KAISER & GORNICK, LLP
   44 Montgomery Street
3  San Francisco, CA 94104
4  Representing: Plaintiff    File No.9000-Seabold

United States District Court

Northern District of California

12  Seabold

    Case No: CV-08-1367-EMC

14         Plaintiff/Petitioner

    Proof of Service of:

15             vs.

    Original Complaint - Demand for Trial, Civil
    Cover Sheet, Order Setting Initial Case
16  Bayer Healthcare Pharmaceuticals, Inc., et al.
    Management Conference and ADR Deadlines,
    USDCSF Information, Notice of Assignment of US
17         Defendant/Respondent
    Magistrate, Summons.

    Service on:

    Bracco Diagnostics Inc.

    Hearing Date:
    Hearing Time:
    Div/Dept:

BY FAX

PROOF OF SERVICE

FF# 6658539

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Lawrence J. Gornick, 136230<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street 36th Floor<br>San Francisco, CA 94104<br>TELEPHONE NO.: (415) 646-7160<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Seabold<br>DEFENDANT/RESPONDENT: Bayer Healthcare Pharmaceuticals, Inc., et al. | CASE NUMBER:<br>CV-08-1367-EMC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>9000-Seabold |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Original Complaint - Demand for Trial, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, USDCSF Information, Notice of Assignment of US Magistrate, Summons.

3. a. Party served: Bracco Diagnostics Inc.

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: 3/12/2008     (2) at *(time)*: 2:50 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Bracco Diagnostics Inc.

   under:     CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:         Jimmy Lizama
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/13/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                         (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6658539