| | |
|---|---|
| 1 | Lawrence J. Gornick, Bar No: 136230    (415) 646-7160 |
| 2 | LEVIN SIMES KAISER & GORNICK, LLP |
|   | 44 Montgomery Street |
| 3 | San Francisco, CA 94104 |
| 4 | Representing: Plaintiff    File No.9000-Seabold |

United States District Court

Northern District of California

| | |
|---|---|
| Seabold | Case No: CV-08-1367-EMC |
| Plaintiff/Petitioner | Proof of Service of: |
| vs. | Original Complaint - Demand for Trial, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, USDCSF Information, Notice of Assignment of US Magistrate, Summons. |
| Bayer Healthcare Pharmaceuticals, Inc., et al. | |
| Defendant/Respondent | |

Service on:

General Electric Company

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

FF# 6658535

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Lawrence J. Gornick, 136230<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street 36th Floor<br>San Francisco, CA 94104<br>TELEPHONE NO.: (415) 646-7160<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Seabold<br>DEFENDANT/RESPONDENT: Bayer Healthcare Pharmaceuticals, Inc., et al. | CASE NUMBER:<br>CV-08-1367-EMC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>9000-Seabold |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Original Complaint - Demand for Trial, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, USDCSF Information, Notice of Assignment of US Magistrate, Summons.

3. a. Party served: General Electric Company

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: 3/12/2008    (2) at *(time)*: 2:50 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   General Electric Company

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:        Jimmy Lizama
   b. Address:     One Legal - 194-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/13/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                  (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6658535