1   Lawrence J. Gornick, Bar No: 136230      (415) 646-7160

2   LEVIN SIMES KAISER & GORNICK, LLP
    44 Montgomery Street

3   San Francisco, CA 94104

4   Representing: Plaintiff            File No.9000-Seabold

5

6

7

8                         United States District Court

9                         Northern District of California

10

11

12  Seabold                                         )      Case No: CV-08-1367-EMC
                                                    )
13                                                  )
                                                    )      Proof of Service of:
14           Plaintiff/Petitioner                   )         Original Complaint - Demand for Trial, Civil
                                                    )         Cover Sheet, Order Setting Initial Case
15           vs.                                    )         Management Conference and ADR Deadlines,
                                                    )         USDCSF Information, Notice of Assignment of US
16  Bayer Healthcare Pharmaceuticals, Inc., et al.  )         Magistrate, Summons.
                                                    )
17           Defendant/Respondent                   )
                                                    )      Service on:
18  _____)         GE Healthcare Inc.

19

20

21

22                                                         Hearing Date:
                                                           Hearing Time:
23                                                         Div/Dept:

24

25

26

27

28

                                  PROOF OF SERVICE

FF# 6658536

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Lawrence J. Gornick, 136230<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street 36th Floor<br>San Francisco, CA 94104<br>　　　TELEPHONE NO.: (415) 646-7160<br>ATTORNEY FOR *(Name):* Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 |

| PLAINTIFF/PETITIONER: Seabold | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Bayer Healthcare Pharmaceuticals, Inc., et al. | CV-08-1367-EMC |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>9000-Seabold |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Original Complaint - Demand for Trial, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, USDCSF Information, Notice of Assignment of US Magistrate, Summons.

3. a. Party served: GE Healthcare Inc.

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* 3/12/2008　　　(2) at *(time):* 2:50 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   GE Healthcare Inc.

   under:　　CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:　　　Jimmy Lizama
   b. Address:　　One Legal - 194-Marin
   　　　　　　　504 Redwood Blvd #223
   　　　　　　　Novato, CA 94947
   c. Telephone number:　415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
   　　(3) registered California process server.
   　　　　(i) Employee or independent contractor.
   　　　　(ii) Registration No.: 4553
   　　　　(iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/13/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)　　　　　　　　　　(SIGNATURE)