| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Lawrence J. Gornick, 136230<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street<br>San Francisco, CA 94104 | (415) 646-7160 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>9000-Seabold | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Orellene Seabold

DEFENDANT:

Bayer Healthcare Pharmaceuticals, Inc., et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV-08-1367-EMC |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons In A Civil Case

2. Party Served: Bayer Healthcare LLC

**BY FAX**

3. Person Served: CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery: March 21, 2008    2:10 pm

5. Address, City and State: 2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on March 21, 2008 at Sacramento, California.

Signature: _____
Tyler Dimaria

FF# 6659136