Frank C. Rothrock (SBN: 54552)
Thomas A. Woods (SBN: 210050)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92164-2546
Telephone:  (949) 475-1500
Facsimile:   (949) 475-0016
  twoods@shb.com

Attorneys for Defendants denominated "Covidien, Inc.;" and "Mallinckrodt, Inc."

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORELLENE SEABOLD,<br><br>    Plaintiff,<br><br>    vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>    Defendants. | Case No. CV 08-1367 (EMC)<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint filed: March 10, 2008 |

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine, California 92614.

On March 28, 2008 I served on the interested parties in said action the within:

**STIPULATION RE: ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

    (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

    (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed above. The facsimile numbers used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

    (HAND DELIVERY) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered by hand to the addressee(s) designated.

☒    I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Northern District of California.

☒    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 28, 2008, at Irvine, California.

| | |
|---|---|
| _____Deborah Hohmann_____ | _____/s/ Deborah Hohmann_____ |
| (Type or print name) | (Signature) |

48549v1

# SERVICE LIST

| | |
|---|---|
| Lawrence J. Gornick, Esq.<br>Debra DeCarli, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>Los Angeles, CA 94104<br><br>Tel: (415) 646-7160<br>Fax: (415) 981-1270<br>Email: lgornick@lskg-law.com<br>Email: ddecarli@lskg-law.com<br>**Attorneys for Plaintiff Orellene Seabold** | Deborah C. Prosser, Esq.<br>Stephanie Achsah Hingle, Esq.<br>Kutak Rock LLP<br>515 South Figueroa Street, Suite 1240<br>Los Angeles, CA 90071<br><br>Tel: (213) 312-4000<br>Fax: (213) 312-4001<br>Email: deborah.prosser@kutakrock.com<br>Email: stephanie.hingle@kutakrock.com<br>**Attorneys for General Electric Company and GE Healthcare Inc.** |

48549v1