1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS-STATE BAR NO. 146904
2  MOLLIE BENEDICT-STATE BAR NO. 187084
   AGGIE B. LEE-STATE BAR NO. 228332
3  515 South Flower Street
   Forty-Second Floor
4  Los Angeles, CA 90071-2223
   Telephone:  (213) 430-3400
5  Facsimile:  (213) 430-3409
   michael.zellers@tuckerellis.com
6  mollie.benedict@tuckerellis.com
   aggie.lee@tuckerellis.com
7
   Attorneys for Defendant
8  BRACCO DIAGNOSTICS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORELLENE SEABOLD, | Case No. CV-08-1367 EMC |
| Plaintiff, | |
| v. | **STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD** |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC., | |
| Defendants. | |

---

STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD
CV-08-1367 EMC

LAimanage/11255/00007/606307/1

1  Plaintiff Orellene Seabold and defendant Bracco Diagnostics Inc. by and
2  through their respective counsel, hereby stipulate as follows:
3  The time for Bracco Diagnostics Inc. to move or plead to Plaintiff's
4  Complaint shall be extended to May 1, 2008.  Plaintiff's counsel authorized the
5  stipulation to extend Bracco Diagnostic Inc.'s time to move or plead via email
6  dated March 20, 2008.

8  DATED:  MARCH 31, 2008                TUCKER ELLIS & WEST LLP

11                                       By:   /s/ Aggie B. Lee
                                               Aggie B. Lee
                                               Attorneys for Defendant
12                                             BRACCO DIAGNOSTICS INC.

15 DATED:  MARCH 31, 2008                LEVIN SIMES KAISER & GORNICK LLP

18                                       By:   /s/ Lawrence J. Gornick
                                               Lawrence J. Gornick
                                               Attorneys for Plaintiff
19                                             ORELLENE SEABOLD

2.

STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD
CV-08-1367 EMC

LAimanage/11255/00007/606307/1