1  RODNEY M. HUDSON (State Bar No. 189363)
   DRINKER BIDDLE & REATH LLP
2  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
3  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
4
   Attorneys for Defendants
5  BAYER HEALTHCARE PHARMACEUTICALS, INC.;
   BAYER HEALTHCARE LLC
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ORELLENE SEABOLD, | Case No. CV-08-1367 EMC |
| 12              Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC AND BAYER HEALTHCARE LLC TO FILE A RESPONSIVE PLEADING** |
| 13       v. | |
| 14  BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC; COVIDIEN, INC; MALLINCKRODT, INC; and BRACCO DIAGNOSTICS, INC., | |
| 18              Defendants. | |

20       TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES

21  IN THIS CASE:

22       Pursuant to Local Rule 6-1 of the U.S. District Court for the Northern District of

23  California, and based on the agreement between counsel for Plaintiff ORELLENE

24  SEABOLD and counsel for Defendants BAYER HEALTHCARE

25  PHARMACEUTICALS, INC. and BAYER HEALTHCARE LLC (collectively referred

26  to herein as "Bayer") it is hereby stipulated that Bayer's response to Plaintiff's complaint

27  is now due to be filed and served on or before May 1, 2008.

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397319\1    STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND    CASE NO. CV-08-1367 EMC

1  The parties further recognize that this enlargement of time to respond to Plaintiff's
2  complaint does not interfere with any event or deadline already fixed by Court order.

3
4  Dated: March 31, 2008                        LEVIN SIMES KAISER & GORNICK LLP

5                                               /S/ Debra DeCarli
                                                LAWRENCE J. GORNICK
6                                               DEBRA DeCARLI

7                                               Attorneys for Plaintiffs
                                                WILLIAM PASCHAL and PATRICIA
8                                               PASCHAL

9

10 Dated: March 31, 2008                        DRINKER BIDDLE & REATH LLP

11
                                                /S/ Rodney M. Hudson
12                                              RODNEY M. HUDSON

13                                              Attorneys for Defendants
                                                BAYER HEALTHCARE
14                                              PHARMACEUTICALS, INC. AND
                                                BAYER HEALTHCARE LLC
15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

2

SF1\397319\1   STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND             CASE NO. CV-08-1367 EMC