1   RODNEY M. HUDSON (State Bar No. 189363)
    DRINKER BIDDLE & REATH LLP
2   50 Fremont Street, 20th Floor
    San Francisco, California  94105-2235
3   Telephone: (415) 591-7500
    Facsimile: (415) 591-7510
4
    Attorneys for Defendants
5   BAYER HEALTHCARE PHARMACEUTICALS INC.
    and BAYER HEALTHCARE LLC
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  ORELLENE SEABOLD,                     Case No. CV-08-1367 EMC

12               Plaintiff,               **CERTIFICATE OF INTERESTED
                                          ENTITIES OR PERSONS FOR BAYER
13       v.                               HEALTHCARE PHARMACEUTICALS
                                          INC. AND BAYER HEALTHCARE
14  BAYER HEALTHCARE                      LLC**
    PHARMACEUTICALS, INC; BAYER
15  HEALTHCARE LLC; GENERAL               **(Pending Transfer to:  In re: Gadolinium
    ELECTRIC COMPANY; GE                  Contrast Dyes Products Liability
16  HEALTHCARE, INC.; COVIDIEN, INC.;     Litigation, MDL No. 1909, N.D. Ohio)**
    MALLINCKRODT, INC.; and BRACCO
17  DIAGNOSTICS, INC.,                    **[L.R. 3-16]**

18               Defendants.

19

20       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

21  persons, associations of persons, firms, partnerships, corporations (including parent

22  corporations) or other entities (i) have a financial interest in the subject matter in

23  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

24  subject matter or in a party that could be substantially affected by the out come of this

25  proceeding:

26       1.    Schering Berlin, Inc.

27       2.    Bayer Healthcare, LLC

28       3.    Bayer Healthcare Pharmaceuticals Inc.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\397886\1       CERTIFICATE OF INTERESTED PARTIES          CASE NO. CV-08-1367 EMC

1    4.    Bayer Corporation

2    5.    Bayer AG

3    These representations are made to enable the Court to evaluate possible

4    qualifications or recusal.

5

6

7    Dated: March 31, 2008                    DRINKER BIDDLE & REATH LLP

8                                             /S/ Rodney M. Hudson
                                             RODNEY M. HUDSON
9

10                                           Attorneys for Defendants
                                             BAYER HEALTHCARE
                                             PHARMACEUTICALS INC. and BAYER
11                                           HEALTHCARE LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

2

SF1\397886\1    CERTIFICATE OF INTERESTED PARTIES                    CASE NO. CV-08-1367 EMC