1  RODNEY M. HUDSON (State Bar No. 189363)
   DRINKER BIDDLE & REATH LLP
2  50 Fremont Street, 20th Floor
   San Francisco, California  94105-2235
3  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
4
   Attorneys for Defendants
5  BAYER HEALTHCARE PHARMACEUTICALS INC.
   and BAYER HEALTHCARE LLC
6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 | ORELLENE SEABOLD,                              | Case No. CV-08-1367 EMC
12 |                    Plaintiff,                  | **CORPORATE DISCLOSURE STATEMENT OF BAYER HEALTHCARE PHARMACEUTICALS INC. AND BAYER HEALTHCARE LLC**
13 |          v.                                    |
14 | BAYER HEALTHCARE PHARMACEUTICALS, INC;         |
15 | BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY;| (Pending Transfer to:  In re: Gadolinium Contrast Dyes Products Liability
16 | GE HEALTHCARE, INC.; COVIDIEN, INC.;           | Litigation, MDL No. 1909, N.D. Ohio)
17 | MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,| [F.R.C.P. 7.1]
18 |                    Defendants.                 |
19

20       Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Bayer HealthCare
21 Pharmaceuticals Inc. and Bayer HealthCare LLC make this their Corporate Disclosure
22 Statement.  Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer HealthCare
23 LLC state that they are nongovernmental corporations.
24       Defendant Bayer HealthCare Pharmaceuticals Inc. is wholly owned by Schering
25 Berlin, Inc.  Schering Berlin, Inc. is wholly owned by Defendant Bayer HealthCare LLC.
26 Defendant Bayer HealthCare LLC is wholly owned by Bayer Corporation.  Bayer
27 Corporation is wholly owned by Bayer AG.  Bayer AG is publicly traded in Germany and
28

1  its American Depository shares are listed on the New York Stock Exchange.
2      No other publicly held company owns ten percent (10%) or more of the stock of
3  Defendants Bayer HealthCare Pharmaceuticals Inc. or Bayer HealthCare LLC.
4
5  Dated: March 31, 2008                    DRINKER BIDDLE & REATH LLP

6                                           /S/ Rodney M. Hudson
7                                           RODNEY M. HUDSON

8                                           Attorneys for Defendants
                                             BAYER HEALTHCARE
9                                           PHARMACEUTICALS INC. and BAYER
                                             HEALTHCARE LLC