1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS-STATE BAR NO. 146904
2  MOLLIE BENEDICT-STATE BAR NO. 187084
   AGGIE B. LEE-STATE BAR NO. 228332
3  515 South Flower Street
   Forty-Second Floor
4  Los Angeles, CA 90071-2223
   Telephone:  (213) 430-3400
5  Facsimile:  (213) 430-3409
   michael.zellers@tuckerellis.com
6  mollie.benedict@tuckerellis.com
   aggie.lee@tuckerellis.com
7
   Attorneys for Defendant
8  BRACCO DIAGNOSTICS INC.

9              **UNITED STATES DISTRICT COURT**

10    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11 | ORELLENE SEABOLD,                      ) Case No. CV-08-1367 EMC
12 |         Plaintiff,                    )
                                            ) **STIPULATION OF PLAINTIFF**
13 |    v.                                  ) **AND DEFENDANT BRACCO**
                                            ) **DIAGNOSTICS INC. TO EXTEND**
14 | BAYER HEALTHCARE                       ) **DEFENDANT'S TIME TO MOVE**
    PHARMACEUTICALS, INC.; BAYER            ) **OR PLEAD**  ; ORDER
15 | HEALTHCARE LLC; GENERAL                )
    ELECTRIC COMPANY; GE                    )
16 | HEALTHCARE, INC.; COVIDIEN,            )
    INC.; MALLINCKRODT, INC.; and           )
17 | BRACCO DIAGNOSTICS, INC.,              )
                                            )
18 |         Defendants.                    )
                                            )
19                                          )
                                            )
20  _____  )

21

---

STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD
CV-08-1367 EMC

LAimanage/11255/00007/606307/1

1  Plaintiff Orellene Seabold and defendant Bracco Diagnostics Inc. by and
2  through their respective counsel, hereby stipulate as follows:
3  The time for Bracco Diagnostics Inc. to move or plead to Plaintiff's
4  Complaint shall be extended to May 1, 2008.  Plaintiff's counsel authorized the
5  stipulation to extend Bracco Diagnostic Inc.'s time to move or plead via email
6  dated March 20, 2008.

7
8  DATED:  MARCH 31, 2008          TUCKER ELLIS & WEST LLP
9
10
11                                 By:    /s/ Aggie B. Lee
                                          Aggie B. Lee
12                                        Attorneys for Defendant
                                          BRACCO DIAGNOSTICS INC.
13
14
15 DATED:  MARCH 31, 2008          LEVIN SIMES KAISER & GORNICK LLP
16
17
18                                 By:    /s/ Lawrence J. Gornick
                                          Lawrence J. Gornick
19                                        Attorneys for Plaintiff
                                          ORELLENE SEABOLD
20
21  IT IS SO ORDERED:
22
23  _____
24  Edward M. Chen
    U.S. Magistrate Judge
25

*IT IS SO ORDERED* — Judge Edward M. Chen

2.
STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD
CV-08-1367 EMC

LAimanage/11255/00007/606307/1