RODNEY M. HUDSON (State Bar No. 189363)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORELLENE SEABOLD,<br><br>           Plaintiff,<br><br>     v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC; COVIDIEN, INC; MALLINCKRODT, INC; and BRACCO DIAGNOSTICS, INC.,<br><br>           Defendants. | Case No. CV-08-1367 EMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC AND BAYER HEALTHCARE LLC TO FILE A RESPONSIVE PLEADING**<br><br>ORDER |

TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES IN THIS CASE:

Pursuant to Local Rule 6-1 of the U.S. District Court for the Northern District of California, and based on the agreement between counsel for Plaintiff ORELLENE SEABOLD and counsel for Defendants BAYER HEALTHCARE PHARMACEUTICALS, INC. and BAYER HEALTHCARE LLC (collectively referred to herein as "Bayer") it is hereby stipulated that Bayer's response to Plaintiff's complaint is now due to be filed and served on or before May 1, 2008.

1   The parties further recognize that this enlargement of time to respond to Plaintiff's
2   complaint does not interfere with any event or deadline already fixed by Court order.

Dated: March 31, 2008                         LEVIN SIMES KAISER & GORNICK LLP

/S/ Debra DeCarli
LAWRENCE J. GORNICK
DEBRA DeCARLI

Attorneys for Plaintiffs
WILLIAM PASCHAL and PATRICIA PASCHAL

Dated: March 31, 2008                         DRINKER BIDDLE & REATH LLP

/S/ Rodney M. Hudson
RODNEY M. HUDSON

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER HEALTHCARE LLC

IT IS SO ORDERED:



_____
Edward M. Chen
U.S. Magistrate Judge

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397319\1       STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND            CASE NO. CV-08-1367 EMC

2