1  Deborah C. Prosser (SBN 109856)
   Stephanie A. Hingle (SBN 199396)
2  KUTAK ROCK LLP
   515 So. Figueroa Boulevard, Suite 1240
3  Los Angeles, CA 90071
   Telephone:  (213) 312-4000
4  Facsimile:   (213) 312-4001
   Email:  Deborah.Prosser@KutakRock.com
5  Email:  Stephanie.Hingle@KutakRock.com

6  Attorneys for Defendants
   GENERAL ELECTRIC COMPANY and
7  GE HEALTHCARE INC.

8

9             **UNITED STATES DISTRICT COURT**

10   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11

12   ORELLENE SEABOLD,                    Case No.  3:08-cv-01367 EMC

13             Plaintiffs,

14        v.                             **STIPULATION BETWEEN
                                         PLAINTIFF AND GENERAL
15                                       ELECTRIC COMPANY AND GE
     BAYER HEALTHCARE                    HEALTHCARE INC. FOR AN
16   PHARMACEUTICALS, INC.;              ENLARGEMENT OF TIME TO FILE
     BAYER HEALTHCARE LLC;               ANSWER TO PLAINTIFF'S
17   GENERAL ELECTRIC                    COMPLAINT**
     COMPANY; GE HEALTHCARE,
18   INC.; COVIDIEN, INC.;
     MALLINCKRODT, INC.; and
19   BRACCO DIAGNOSTICS, INC.
                                         Complaint Filed:  March 10, 2008
20             Defendants.

21

22

23        WHEREAS, Defendants General Electric Company and GE Healthcare Inc.

24   ("the GE Defendants") were served with a copy of Plaintiff's Complaint on or

25   about March 12, 2008, making the GE Defendants' answer due on or before April

26   1, 2008.

27   ///

28   ///

1    WHEREAS, the GE Defendants have requested, and Plaintiff has agreed to,

2    an extension of the GE Defendants' deadline up to and including May 1, 2008 to

3    allow the GE Defendant's answer in this action to be coordinated with other actions

4    now pending in MDL-1909.

5    IT IS THEREFORE STIPULATED that Defendants General Electric

6    Company and GE Healthcare Inc. shall have up to and including May 1, 2008 to

7    file an answer to Plaintiff's Complaint.

8

9    Dated: April 1, 2008                    LEVIN SIMES KAISER & GORNICK
                                             LLP
10

11
                                             By:    /s/
12                                              Lawrence J. Gornick
                                                Debra DeCarli
13                                              Attorneys for Plaintiff
                                                ORRELLENE SEABOLD
14
       Dated: April 1, 2008                  KUTAK ROCK LLP
15

16

17                                           By:    /s/
                                                Deborah C. Prosser
18                                              Stephanie A. Hingle
                                                Attorneys for Defendants
19                                              GENERAL ELECTRIC COMPANY
                                                and GE HEALTHCARE INC.
20

21

22

23

24

25

26

27

28