1  RODNEY M. HUDSON (State Bar No. 189363)
   DRINKER BIDDLE & REATH LLP
2  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
3  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
4
   Attorneys for Defendants
5  BAYER HEALTHCARE PHARMACEUTICALS, INC.;
   BAYER HEALTHCARE LLC
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ORELLENE SEABOLD,                          Case No. CV-08-1367 EMC

12             Plaintiff,                     **STIPULATION EXTENDING TIME FOR DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC AND BAYER HEALTHCARE LLC TO FILE A RESPONSIVE PLEADING**

13     v.

14 BAYER HEALTHCARE
   PHARMACEUTICALS, INC.; BAYER
15 HEALTHCARE LLC; GENERAL
   ELECTRIC COMPANY; GE                      ORDER
16 HEALTHCARE, INC; COVIDIEN, INC;
   MALLINCKRODT, INC; and BRACCO
17 DIAGNOSTICS, INC.,

18             Defendants.

19

20     TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES

21 IN THIS CASE:

22     Pursuant to Local Rule 6-1 of the U.S. District Court for the Northern District of

23 California, and based on the agreement between counsel for Plaintiff ORELLENE

24 SEABOLD and counsel for Defendants BAYER HEALTHCARE

25 PHARMACEUTICALS, INC. and BAYER HEALTHCARE LLC (collectively referred

26 to herein as "Bayer") it is hereby stipulated that Bayer's response to Plaintiff's complaint

27 is now due to be filed and served on or before May 1, 2008.

28

1  The parties further recognize that this enlargement of time to respond to Plaintiff's complaint does not interfere with any event or deadline already fixed by Court order.

Dated: March 31, 2008                    LEVIN SIMES KAISER & GORNICK LLP

/S/ Debra DeCarli
LAWRENCE J. GORNICK
DEBRA DeCARLI

Attorneys for Plaintiffs
WILLIAM PASCHAL and PATRICIA PASCHAL

Dated: March 31, 2008                    DRINKER BIDDLE & REATH LLP

/S/ Rodney M. Hudson
RODNEY M. HUDSON

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER HEALTHCARE LLC

IT IS SO ORDERED.



_____
Edward M. Chen
U.S. Magistrate Judge