| | |
|---|---|
| 1 | Frank C. Rothrock (SBN: 54552) |
|   | Thomas A. Woods (SBN: 210050) |
| 2 | SHOOK, HARDY & BACON L.L.P. |
|   | Jamboree Center |
| 3 | 5 Park Plaza, Suite 1600 |
|   | Irvine, California 92164-2546 |
| 4 | Telephone:  (949) 475-1500 |
|   | Facsimile:   (949) 475-0016 |
| 5 | twoods@shb.com |

Attorneys for Defendants denominated "Covidien, Inc.;" and "Mallinckrodt, Inc."

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORELLENE SEABOLD, | Case No. CV 08-1367 (EMC) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC. | Complaint filed: March 10, 2008 |
| Defendants. | |

48551v1

- 1 -

CERTIFICATE OF SERVICE
CASE NO. CV08-1367 (EMC)

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine, California 92614.

On April 3, 2008 I served on the interested parties in said action the within:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

(MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

(FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed above. The facsimile numbers used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

(HAND DELIVERY) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered by hand to the addressee(s) designated.

☒ I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Northern District of California.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 3, 2008, at Irvine, California.


_____          _____
    Kim Brunton                              /s/ Kim Brunton
 (Type or print name)                        (Signature)

48549v1

## SERVICE LIST

| | |
|---|---|
| Lawrence J. Gornick, Esq.<br>Debra DeCarli, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>Los Angeles, CA 94104<br><br>Tel: (415) 646-7160<br>Fax: (415) 981-1270<br>Email: lgornick@lskg-law.com<br>Email: ddecarli@lskg-law.com<br>**Attorneys for Plaintiff Orellene Seabold** | Deborah C. Prosser, Esq.<br>Stephanie Achsah Hingle, Esq.<br>Kutak Rock LLP<br>515 South Figueroa Street, Suite 1240<br>Los Angeles, CA 90071<br><br>Tel: (213) 312-4000<br>Fax: (213) 312-4001<br>Email: deborah.prosser@kutakrock.com<br>Email: stephanie.hingle@kutakrock.com<br>**Attorneys for General Electric Company and GE Healthcare Inc.** |
| Rodney Michael Hudson, Esq.<br>Drinker Biddle & Reath LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105<br><br>415/591-7500<br>Email: rodney.hudson@dbr.com<br>**Attorneys for Bayer Healthcare Pharmaceuticals Inc.; Bayer Healthcare LLC** | Aggie Byul Lee, Esq.<br>Tucker Ellis & West LLP<br>515 S. Flower Street, 42nd Floor<br>Los Angeles, CA 90071-2223<br><br>213-430-3400<br>Email: aggie.lee@tuckerellis.com<br>**Attorneys for Bracco Diagnostics** |

48549v1