**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
**San Francisco, California** 94102
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                                                General Court Number
Clerk                                                                                                                                    415.522.2000

April 22, 2008

United States District Court
for the Northern District of Ohio
102 Howard M. Metzenbaum
United States Courthouse
201 Superior Avenue East
Cleveland, Ohio 44114-1201

RE: CV 08-1367 MHP Orellene Seabold -v- Bayer Healthcare Pharmaceuticals Inc., et al
       Re: MDL 1909 Gadolinium Contrast Dyes

Dear Clerk,

       Pursuant to an order transferring the above captioned case to your court, please access the electronic case file through CM/ECF System.


                                                                        Sincerely,
                                                                        RICHARD W. WIEKING, Clerk

                                                                        *[signature: Gina Agustine]*

                                                                        by: <u>Gina Agustine-Rivas</u>
                                                                        Case Systems Administrator


Enclosures
Copies to counsel of record